**Order entered January 23, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01148-CV

### GREENWOOD MOTOR LINES, INC. D/B/A R+L CARRIERS AND STEVEN C. GASTON, Appellants

### V.

### BOBBIE BUSH, Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-16041-M**

## ORDER

We **GRANT** appellee's January 20, 2015 unopposed motion for an extension of time to file her briefs in response to the briefs filed by each appellant. Appellee shall file her briefs by **FEBRUARY 23, 2015**.

/s/     ELIZABETH LANG-MIERS
            JUSTICE